■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR HINCAPIE, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about December 12, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Ellerin, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERIS CABRERA, Appellant.—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on December